# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

25 Melville Park Road
Suite 108
Melville, New York 11747
T 516-695-0052
DS@lawsolo.net

---

**VIA ECF**

February 5, 2020

Hon. Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



      Re:    **Murphy v The Halal Guys Inc.**
                   **Case No.: 1:19-cv-10334-KPF**

Dear Judge Failla:

      This firm is counsel to Plaintiff James Murphy in the above-referenced matter. Plaintiff has attempted to contact prior counsel that has appeared on behalf of defendant and if an indication is made of no representation a default letter will follow. Per your honor's Individual Rules, (i) this matter is scheduled for an Initial Conference on February 18, 2020 (Dk#5). (ii and iii) No previous request for an adjournment have been made. (iv) Plaintiff's counsel is away that week in Florida on a trip that was planned with family (proof of flight itinerary will be provided on request). (v) Defendant has yet to respond to this matter. Based on the above, plaintiff respectfully requests your honor grant a request for an adjournment of the Initial Conference.

      Thank you for your kind consideration of this request.

                                          Respectfully submitted,
                                          /s/
                                          Darryn G. Solotoff, Esq

DS

```
Application GRANTED.  The initial pretrial conference currently scheduled
for February 18, 2020, is hereby ADJOURNED to March 17, 2020, at 2:00 p.m.
in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New
York, New York.  If Plaintiff intends to seek a default judgment, he is
directed to attain certificates of default and file an order to show cause
why default judgment should not be entered in advance of March 17, 2020.
```

Dated:    February 11, 2020
            New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE