# LAW OFFICE OF DARRYN G. SOLOTOFF
ATTORNEYS AT LAW

25 Melville Park Road
Suite 108
Melville, New York 11747
T 516-695-0052
DS@lawsolo.net

**VIA ECF**

March 13, 2020

Hon. Judge Katherine Polk Faila
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



      Re:    James Murphy v Halal Guys Inc
                Case No.: 1:19-cv-10334-KPF

Dear Judge Faila:

      This firm is counsel to Plaintiff James Murphy in the above-referenced matter. On behalf of all parties, and in accordance with Rule II.D of Your Honor's Individual Rules and Practices, we write to respectfully request an adjournment of the Initial Conference. (i) The Initial Conference is scheduled for March 17, 2020 (Dk#10). (ii) This is plaintiffs second request for an adjournment. (iii) The previous request was granted by your Honor (Dk#10). (iv) The parties are close to resolving this matter. Defendants attorney is in New Rochelle and at the moment has been understandably difficult to reach. (v) Based on the above, I have been unable to reach defense counsel for consent. The request does not affect a schedule order. Plaintiff respectfully submit this request so that they may be afforded additional time to finalize the terms of their agreement providing for the settlement of this matter.

      Thank you for your kind consideration of this request.

                                          Respectfully submitted,
                                                    /s/
                                            Darryn G. Solotoff, Esq

Cc:    All counsel of record (via ECF)

Application GRANTED. The initial pretrial conference currently scheduled for March 17, 2020, is hereby ADJOURNED to April 7, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    March 13, 2020    SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE